OPINION — AG — ** STATE PURCHASING DIRECTOR — EXPENDITURES FROM THE REVOLVING FUND ** EXPENDITURES FROM THE REVOLVING FUND CREATED BY SENATE BILL NO. 115 MAY BE MADE PURSUANT TO AN AUTHORIZATION ORDER, OR A PURCHASE ORDER AT THE DISCRETION OF THE STATE PURCHASING DIRECTOR. HOWEVER, THE COMPETITIVE BID REQUIREMENT OF 74 O.S. 85.7 [74-85.7] MAY 'NOT' BE AVOIDED. (EXPENDITURES FROM REVOLVING FUND, CENTRAL PURCHASING, BOARD OF PUBLIC AFFAIRS, AUTHORITY ORDER, PURCHASE OF GOODS, MATERIAL, EQUIPMENT, COLLECTED FUNDS UNDER TAXING POWER) CITE: 74 O.S. 85.12 [74-85.12](4), 74 O.S. 75 [74-75] [74-75], OPINION NO. 63-347, 74 O.S. 85.1 [74-85.1], 74 O.S. 85.7 [74-85.7] (TODD MARKUM)